**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 394 EAL 2018

           Respondent            :

                                    :    Petition for Allowance of Appeal from

                    v.                      :    the Order of the Superior Court

JARON BROWN,                     :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.